## UNITED STATES DISTRICT COURT

## DISTRICT OF NEW MEXICO

| | |
|---|---|
| OLGA LOVATO, | § |
| Plaintiff, | § |
| vs. | § CASE NO. 1:17-CV-01189-JHR-SCY |
| AETNA LIFE INSURANCE COMPANY, | § |
| Defendant. | § |

## **STIPULATION TO DISMISS WITH PREJUDICE**

Plaintiff Olga Lovato and Defendant Aetna Life Insurance Company hereby stipulate and agree to dismiss all of the Plaintiff's claims against the Defendant with prejudice. The parties agree that they will each bear their own attorneys' fees and costs.

/ / /

/ / /

/ / /

RESPECTFULLY SUBMITTED this 22nd day of October, 2018.

| DORATO & WEEMS LLC | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
|---|---|
| /s/  Derek L. Weems | /s/  Ann-Martha Andrews |
| Derek L. Weems | Ann-Martha Andrews |
| 118 Wellesley Drive SE | 2415 E. Camelback Road, Suite 800 |
| Albuquerque, NM 87106 | Phoenix, AZ 85016 |
| 505.314.8880 | 602.778.3702 |
| 505.265.1319 facsimile | 602.778.3750 facsimile |
| derek@doraoweems.com | ann.andrews@ogletree.com |

and

ATTORNEYS FOR DEFENDANT AETNA LIFE INSURANCE COMPANY

Marc S. Whitehead
MARC WHITEHEAD & ASSOCIATES, L.L.P.
5300 Memorial Drive, Suite 725
Houston, TX 77007
281-612-8208
713-225-0940 facsimile
marc@marcwhitehead.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of October, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Derek L. Weems
    Dorato & Weems LLC
    118 Wellesley Drive SE
    Albuquerque, NM 87106
    Tel.:  505.314.8880
    Fax:  505.265.1319
    derek@doraoweems.com

    Marc S. Whitehead
    Marc Whitehead & Associates, L.L.P.
    5300 Memorial Drive, Suite 725
    Houston, TX 77007
    Tel.:  281-612-8208
    Fax:  713-225-0940
    marc@marcwhitehead.com

SO CERTIFIED, this __ day of October, 2018.

                              /s/ Elizabeth Linville
                              Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

35975231.1